IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **TIMOTHY TIDWELL** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**AP MIDTOWN PROMENADE,** )<br>**LP,** )<br>)<br>**Defendant.** ) | **Civil Action File**<br>**No. 1:20-cv-01161-AT** |

## NOTICE OF SETTLEMENT

COME NOW Plaintiff Timothy Tidwell and Defendant AP Midtown Promenade, LP, by and through their undersigned counsel, and hereby notify the Court that all claims pending in this matter have been resolved to the satisfaction of Plaintiff and Defendant. The parties hereby respectfully request that this Court allow sixty (60) days within which to complete the settlement, during which time the parties requests that the Court retain jurisdiction over this matter until fully resolved. Should neither party move to reinstate the case or seek other Court intervention in the next sixty (60) days, the parties request the Court dismiss this case at that time.

Respectfully submitted, this 26th day of October, 2020.

- 2 -

CONSENTED TO BY:

*s/ John P. Fuller*
John P. Fuller, *pro hac vice*
FULLER FULLER AND
ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
T:  305.891.5199
F:  305.893.9505
E:  jpf@fullerfuller.com

*s/ Jon David Worth Huffman*
Jon David Worth Huffman
Georgia Bar No. 937966
POOLE HUFFMAN, LLC
3562 Habersham at Northlake
Building J, Suite 200
Tucker, GA 30084
T:  404.373.4008
F:  888.709.5723
E:  jondavid@poolehuffman.com

*Counsel for Plaintiff*

*s/ Joyce M. Mocek*
Joyce M. Mocek
Georgia Bar No. 515005
Michael M. Hill
Georgia Bar No. 770486
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T:  770.818.0000
F:  770.937.9960
E:  jmocek@fmglaw.com
E:  mhill@fmglaw.com

*Counsel for Defendant*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing **NOTICE OF SETTLEMENT** has been prepared in compliance with Local Rule 5.1(B) in 14-point Times New Roman type face.

This 26th day of October, 2020.

                                        *s/ Joyce M. Mocek*
                                        Joyce M. Mocek
                                        Georgia Bar No. 515005

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the within and foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following counsel of record:

| | |
|---|---|
| John P. Fuller, Esq. | Jon David Worth Huffman, Esq. |
| Fuller Fuller and Associates, P.A. | Poole Huffman, LLC |
| Suite 502 | 3562 Habersham at Northlake |
| 12000 Biscayne Blvd. | Building J, Suite 200 |
| North Miami, FL 33181 | Tucker, GA 30084 |

This 26th day of October, 2020.

/s/ *Joyce M. Mocek*
Joyce M. Mocek
Georgia Bar No. 515005