UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TIMOTHY TIDWELL, Individually,

    Plaintiff,

vs.                                              Case No. 1:20-cv-1161-AT

AP MIDTOWN PROMENADE, LP, a
Delaware Limited Partnership,

    Defendant.
_____/

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

    Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully submitted,

| **FOR THE PLAINTIFF:** | **FOR THE DEFENDANT:** |
|---|---|
| /s/ John. P. Fuller | /s/ Joyce M. Mocek |
| John P. Fuller, Esq., *pro hac vice* | Joyce M. Mocek, Esq. |
| Fuller, Fuller & Associates, P.A. | Freeman Mathis & Gary, LLP |
| 12000 Biscayne Blvd., Suite 502 | 100 Galleria Pkwy, Suite 1600 |
| North Miami, FL 33181 | Atlanta, GA 30339 |
| Telephone: (305) 891-5199 | Telephone: (202) 818-0000 |
| Facsimile: (305) 893-9505 | Facsimile: (770) 937-9960 |
| Email: jpf@fullerfuller.com | Email: jmocek@fmglaw.com |

Jon David W. Huffman, Esq.
GA Bar No. 937966
Poole Huffman, LLC
315 W. Ponce de Leon Ave; Suite 344
Decatur, GA  30030
Telephone:(404) 373-4008
Facsimile: (488) 709-5723
Email: jondavid@poolehuffman.com